ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (SBN 213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
shawnw@rgrdlaw.com

HERMAN JONES LLP
JOHN C. HERMAN (*pro hac vice* forthcoming)
3424 Peachtree Road, NE, Suite 1650
Atlanta, GA  30326
Telephone:  404/504-6500
jherman@hermanjones.com

Attorneys for Plaintiff and the Class

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATTHEW MAZZA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ROBINHOOD MARKETS, INC. and ROBINHOOD DERIVATIVES, LLC, <br><br> Defendants. | Case No. 3:26-cv-5610 <br><br> <u>CLASS ACTION</u> <br><br> ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [CIV. L.R. 3-12(a) and L.R. 7-11] |
| PRABHDEEP CHEHAL, VIRAL PATEL, CHAIM LEVI, MICHAEL GAYED, and JEFFREY NGAFUA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ROBINHOOD MARKETS, INC. and ROBINHOOD DERIVATIVES, LLC, <br><br> Defendants. | Case No. 3:26-cv-03415-LJC |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Matthew Mazza respectfully submits this Administrative Motion to relate *Mazza v. Robinhood Markets, Inc.*, No. 3:26-cv-5610, filed June 10, 2026, to *Chehal v. Robinhood Markets, Inc.*, No. 3:26-cv-03415-LJC, filed April 22, 2026, pursuant to Civil Local Rule 3-12.

## APPLICABLE STANDARD UNDER CIVIL L.R. 3-12

These two actions all concern the same allegations that Defendants Robinhood Markets, Inc. and Robinhood Derivatives, LLC have conducted, and are continuing to conduct, unlawful operation of an unlicensed sports gambling platform and related deceptive and misleading business practices. Pursuant to Civil Local Rule 3-12(a)(l), therefore, the actions are potentially related in that they concern the same "parties, property . . . or event." Further, pursuant to Civil Local Rule 3-12(a)(2), there may be an unnecessary duplication of labor and expense and/or potentially conflicting results if the cases are conducted before different Judges.

DATED:  June 10, 2026

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (SBN 213113)

_____
      *s/ Shawn A. Williams*
      Shawn A. Williams

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
shawnw@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
BRIAN E. COCHRAN (SBN 286202)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
bcochran@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
STUART A. DAVIDSON*
ALEXANDER C. COHEN*
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
sdavidson@rgrdlaw.com
acohen@rgrdlaw.com

HERMAN JONES LLP
JOHN C. HERMAN*
3424 Peachtree Road, NE, Suite 1650
Atlanta, GA  30326
Telephone:  404/504-6500
jherman@hermanjones.com

HERMAN JONES LLP
SERINA M. VASH*
153 Central Avenue, Suite 131
Westfield, NJ  07090
Telephone:  862/250-3930
svash@hermanjones.com

Attorneys for Plaintiff and the Class

* *Pro hac vice* forthcoming

**CERTIFICATE OF SERVICE**

I, Shawn A. Williams, hereby certify that on June 10, 2026, I served the foregoing ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [CIV. L.R. 3-12(a) and L.R. 7-11] via email to the following:

Philip M. Black
Robert C. Finkel
WOLF POPPER LLP
570 Lexington Ave.
New York, NY  10022
pblack@wolfopper.com
rfinkel@wolfpopper.com

Counsel for Plaintiffs in *Chehal v. Robinhood Markets, Inc.*,

ROBBINS GELLER RUDMAN
  & DOWD LLP

*s/ Shawn A. Williams*
Shawn A. Williams
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
shawnw@rgrdlaw.com